**IN THE SUPREME COURT OF PENNSYLVANIA**
**MIDDLE DISTRICT**

COMMONWEALTH OF PENNSYLVANIA, : No. 128 MAL 2014
:
           Respondent        :
                                : Petition for Allowance of Appeal from the
                                : Order of the Superior Court
           v.               :
:
:
:
MICAH JERMAINE STEWART, :
:
           Petitioner         :

## <u>ORDER</u>

**PER CURIAM**

      **AND NOW**, this 2nd day of September, 2014, the Petition for Allowance of Appeal is **DENIED**.